

ORDERED in the Southern District of Florida on April 12, 2024.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**IN THE MATTER OF:**
**PAULO MARCELO BOCATO**          **CASE NO.:**   22-18845-RAM
                                  **CHAPTER**    13

_____**Debtor**_____/

### ORDER DENYING TRUSTEE'S MOTION FOR CONTEMPT

THIS MATTER came before the Court on February 13, 2024, upon the Chapter 13 Trustee's *Motion for Contempt* [DE #202] (the "Motion"). The Court having considered the Motion, having heard the argument of counsel, and being otherwise advised in the premises, it is,

**ORDERED** as follows:

1. The Motion for Contempt is DENIED.

2. The Debtor shall make a good faith effort to obtain his children's medical and

other expenses prior to March 31, 2024.

3.     The Court further holds that *Hamilton v Lanning*, 560 U.S. 505 (2010), applies and that the Debtor's post-petition income shall be used in calculating the Debtor disposable monthly income.

###

Submitted by:
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
1801 NE 123rd Street, Suite 314
North Miami, FL 33181
Telephone: 305-570-2326
Email: Rocky@lawcls.com

**Attorney Rachamin Cohen, Esq. is directed to serve copies of this Order on all interested parties and file a Certificate of Service with the Court.**